ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Clark McCarthy Healthcare Partners II ) ASBCA No. 60354
)
Under Contract No. W9126G-13-C-0004 )

APPEARANCES FOR THE APPELLANT: Eric L. Nelson, Esq.
Harry Z. Rippeon III, Esq.
  Smith, Currie & Hancock LLP
  Atlanta, GA

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Charles L. Webster III, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Fort Worth

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 16 June 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60354, Appeal of Clark McCarthy Healthcare Partners II, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals